UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

No. 1:26-cr-00495-ABD

---

**United States of America,**

v.

**Oscar Roberto Posadas.**

---

## ORDER ACCEPTING PLEA

The Court has reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 10, 2026, wherein the defendant Oscar Roberto Posadas waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11 Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the guilty plea be accepted. Defendant has not filed or otherwise indicated any opposition to the Report and Recommendation. The Court accordingly enters the following order:

ORDERED: The defendant Oscar Roberto Posadas' plea of guilty to Count One (1) is accepted.

*So ordered by the Court on November 25, 2026.*

ANDREW DAVIS
United States District Judge